THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALASKA VILLAGE ELECTRIC COOPERATIVE, INC., an Alaska corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, THROUGH CHARTIS GLOBAL MARINE, a Pennsylvania corporation; NATIONAL CASUALTY COMPANY, a Wisconsin corporation; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a New York corporation; and STARR INDEMNITY & LIABILITY COMPANY, a Texas corporation,<br><br>Defendants. | IN ADMIRALTY AND AT LAW<br><br>Lead Case No. 2:11-cv-01375-RAJ<br><br>Member Case No. 2:11-cv-01819-RAJ<br><br>DECLARATION OF DAVID S. FOWLER IN SUPPORT OF REPLY ON MOTION FOR SUMMARY JUDGMENT<br><br>**NOTED FOR HEARING:**<br>**February 17, 2012** |

I, David S. Fowler, declare as follows from my own first-hand knowledge and after a review of my underwriting files:

1. I am a Vice President for Zurich Marine in its San Francisco offices. As such, I handle underwriting for most west coast marine risks presented to Zurich Marine by marine insurance brokers for possible coverage. I was approached in the summer of 2010 by FIS Marine with a proposal to provide builder's risk coverage for two barges to be built by Sneed

DECLARATION OF DAVID S. FOWLER IN SUPPORT
OF REPLY ON MOTION FOR SUMMARY JUDGMENT:
Lead Case No. 2:11-cv-01375 - 1
PDX/111581/182524/DFK/8956837.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981 Fax 503.796.2900

1  Shipbuilding in Texas for Vitus Marine LLC and Microgen Technologies, Inc. I was advised
2  up front by the broker that the prospective assured wanted the coverage issued without
3  Addendum Number 2, which is a form drafted by the American Hull Insurance Syndicate
4  and sometimes included in builder's risk policies.

5         2. Via e-mail, I gave a quote to FIS, but asked in that e-mail why the broker wanted
6  the coverage without Addendum 2. I told Chris Bader of FIS Marine I wasn't inclined to
7  write it that way, but was willing to discuss it. In a phone call, Mr. Bader of FIS Marine
8  (who referred the request for coverage to me) told me that it was because Jim Bauer, a
9  lawyer for the one of the assureds, wanted it that way, and insisted on it. Neither Mr. Bader
10 nor anyone else told me or revealed that his or their intention was to provide coverage for
11 repair costs for defective yard workmanship.

12        3. I then took the proposal to Mr. John Weber, Zurich's national underwriting Vice
13 President and my ultimate superior, and sought his thinking and direction. Mr. Weber, in
14 addition to being my superior, has a wealth of first-hand knowledge about marine
15 underwriting, and particularly this Addendum and builder's risk coverage. We both spoke
16 and exchanged e-mails, and I attach as Exhibit 1 to my declaration our e-mail exchange of
17 July 15, 2010. We agreed that not including Addendum 2 made no difference at all in the
18 scope of the coverage we were offering. It was not my intent to provide any coverage for the
19 costs of repairing any defective Sneed workmanship, and no request to do so was ever made
20 of me or, to the best of my knowledge, of Zurich. The basic builder's risk form we offer
21 provides no such coverage. Mr. Weber authorized me to go ahead with the proposed
22 quotation on that basis.

23        4. I confirmed to Mr. Bader later on the 15th that I would stick to the quote I'd given
24 him and not include the Addendum, taking the lead position on a subscription contract. I
25 proposed no additional premium for not including the Addendum because, again, it made no
26 difference in the scope of the coverage we were providing. Had Mr. Bader or anyone else

DECLARATION OF DAVID S. FOWLER IN SUPPORT
OF REPLY ON MOTION FOR SUMMARY JUDGMENT:
Lead Case No. 2:11-cv-01375 - 2
PDX/111581/182524/DFK/8956837.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981  Fax 503.796.2900

told me he wanted coverage for the costs of repairing defective workmanship, we wouldn't have written it.

5. I was not authorized to write coverage for repair of defective workmanship, and didn't seek that authority. It was certainly not my belief, not then, and not now, that we were providing any such coverage

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 16 day of February 2012.

_____
David S. Fowler

DECLARATION OF DAVID S. FOWLER IN SUPPORT
OF REPLY ON MOTION FOR SUMMARY JUDGMENT:
Lead Case No. 2:11-cv-01375 - 3
PDX/111581/182524/DFK/8956837.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981 Fax 503.796.2900

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of February, 2012, I caused to be served the foregoing DECLARATION OF DAVID S. FOWLER IN SUPPORT OF REPLY ON MOTION FOR SUMMARY JUDGMENT on the following parties via United States District Court – Western District of Washington's Electronic Case Filing System ("ECF") at the following addresses:

- **Claire L. Been**
  cbeen@schwabe.com,centraldocket@schwabe.com,dbrooks@schwabe.com
- **Evan T Caffrey**
  ecaffrey@hallmaineslugrin.com
- **Andrew R Chisholm**
  achisholm@mpba.com,eservice@mpba.com
- **Christopher Ogilvie Davis**
  codavis@bakerdonelson.com
- **David Ryan Ebel**
  debel@schwabe.com,jhicok@schwabe.com,docket@schwabe.com
- **Michael E Gossler**
  mgossler@mpba.com,eservice@mpba.com
- **Scarlett B Hunter**
  shunter@schwabe.com,rdavies@schwabe.com,centraldocket@schwabe.com
- **Bert W. Markovich**
  bmarkovich@schwabe.com,rsherwood@schwabe.com,centraldocket@schwabe.com
- **Jonathan Robert Moore**
  jmoore@mpba.com,eservice@mpba.com

SCHWABE, WILLIAMSON & WYATT, P.C.

By: _____
Bert W. Markovich, OSB #841211
David R. Ebel, WSBA #28853
Claire L. Been, WSBA #42178
Attorneys for Defendants
Zurich American Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, through Chartis Global Marine, National Casualty Company, Great American Insurance Company of New York, and Starr Indemnity & Liability Company

CERTIFICATE OF SERVICE - 1
Lead Case No. 2:11-cv-01375

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/111581/182524/DFK/8956837.1