THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALASKA VILLAGE ELECTRIC COOPERATIVE, INC., an Alaska corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, THROUGH CHARTIS GLOBAL MARINE, a Pennsylvania corporation; NATIONAL CASUALTY COMPANY, a Wisconsin corporation; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a New York corporation; and STARR INDEMNITY & LIABILITY COMPANY, a Texas corporation,<br><br>Defendants. | IN ADMIRALTY AND AT LAW<br><br>Lead Case No. 2:11-cv-01375-RAJ<br><br>Member Case No. 2:11-cv-01819-RAJ<br><br>DECLARATION OF JOHN K. WEBER IN SUPPORT OF REPLY ON MOTION FOR SUMMARY JUDGMENT<br><br>**NOTED FOR HEARING:**<br>**February 17, 2012** |

John K Weber declares as follows:

1. I am a Vice President of Zurich Global Marine in its New York City offices, a position I have held for six years now. As such, I am Zurich Marine's Product Line Director for Hull and Marine Liability coverages in North America, meaning I am the ultimate head of underwriting for these types of marine coverages, including builder's risk coverages. I am also a CPCU, or Chartered Property and Casualty Underwriter, the standard US professional

DECLARATION OF JOHN K. WEBER IN SUPPORT OF
REPLY ON MOTION FOR SUMMARY JUDGMENT:
Lead Case No. 2:11-cv-01375 - 1
PDX/111581/182524/DFK/8953000.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981  Fax 503.796.2900

designation for underwriters in the property and casualty field. Additionally, I have been employed in the marine insurance business for over thirty years, beginning in 1977. I am the current chair of the Liability Committee at the American Institute of Marine Underwriters (AIMU). I am a past Chair of the AIMU Forms & Clauses Committee. I teach insurance, including marine insurance, as an adjunct professor at St John's University, and I teach marine insurance for the AIMU.

2. I have reviewed the material submitted to date on behalf of the assureds in this controversy, including the affidavits of Mr. Bader and Mr. Bauer.

3. Mr. Bauer's summary of the history and meaning of Addendum Two, and the consequences of its non-inclusion in the coverages afforded are in error. Addendum Two was a creation of the American Hull Insurance Syndicate. It has never been adopted by the AIMU, and is in fact not even listed as a market form by the AIMU on its web site. It is occasionally and even frequently used, but certainly not consistently nor universally, it having been created by the American Hull Insurance Syndicate for its "blue water," ocean-going line of business. The Syndicate has never been more than peripherally involved in the underwriting of domestic coastwise and inland craft like these two vessels. When the Syndicate first issued Addendum Two, moreover, it did so by a letter making it clear that it was doing so not to change coverage, but to more emphatically affirm the original intent of the Hull Syndicate builders risk form. Mr. Bauer is incorrect when he asserts the omission of Addendum Two somehow expands the coverage afforded to include repair costs for defective workmanship by a yard on a vessel under construction. Whatever Mr. Bauer may have intended, that is not the construction, the meaning, or the coverage afforded by the American Institute Builder's Risk Form, and his opinion is most certainly not shared by the marine insurance industry in general or by me personally.

4. David Fowler called me to ask for my authorization to bind this risk without Addendum Two. I asked him specifically why the request was being made. He wrote me on

DECLARATION OF JOHN K. WEBER IN SUPPORT OF REPLY ON MOTION FOR SUMMARY JUDGMENT: Lead Case No. 2:11-cv-01375 - 2
PDX/111581/182524/DFK/8953000.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981 Fax 503.796.2900

July 15 of 2010 (via e-mail), to say "I spoke to the broker who advises that attorney Jim Bauer insists that Addendum No. 2 be stricken from coverage." Mr. Fowler and I discussed it, and we e-mailed one another. I explained that, in my view, not including the Addendum made no difference in coverage and that this addendum was frequently not included on builder's risk programs on which we participated; Mr. Fowler agreed, and we confirmed that in an e-mail. He did not relate to me any intent or request to provide coverage for the costs of repairing defective work by the shipbuilder, and I'd not have given him authority to write it if he had. I would not have approved warranty coverage. That warranty obligation is the shipbuilder's, and in my view, the builder's risk insurers are as entitled to the faithful performance of the warranted level of performance as any other participant in the risk. In the event, I gave Mr. Fowler my authorization to proceed as he had already tentatively quoted to the broker for the risk. I was most certainly not authorizing coverage for defective yard work repair costs which are, I understand secondhand, the only form of damages claimed here.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 16th day of February 2012.

_____
John K. Weber

DECLARATION OF JOHN K. WEBER IN SUPPORT OF
REPLY ON MOTION FOR SUMMARY JUDGMENT:
Lead Case No. 2:11-cv-01375 - 3
PDX/111581/182524/DFK/8953000.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981 Fax 503.796.2900

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February, 2012, I caused to be served the foregoing DECLARATION OF JOHN K. WEBER IN SUPPORT OF REPLY ON MOTION FOR SUMMARY JUDGMENT on the following parties via United States District Court – Western District of Washington's Electronic Case Filing System ("ECF") at the following addresses:

- **Claire L. Been**
  cbeen@schwabe.com,centraldocket@schwabe.com,dbrooks@schwabe.com
- **Evan T Caffrey**
  ecaffrey@hallmaineslugrin.com
- **Andrew R Chisholm**
  achisholm@mpba.com,eservice@mpba.com
- **Christopher Ogilvie Davis**
  codavis@bakerdonelson.com
- **David Ryan Ebel**
  debel@schwabe.com,jhicok@schwabe.com,docket@schwabe.com
- **Michael E Gossler**
  mgossler@mpba.com,eservice@mpba.com
- **Scarlett B Hunter**
  shunter@schwabe.com,rdavies@schwabe.com,centraldocket@schwabe.com
- **Bert W. Markovich**
  bmarkovich@schwabe.com,rsherwood@schwabe.com,centraldocket@schwabe.com
- **Jonathan Robert Moore**
  jmoore@mpba.com,eservice@mpba.com

SCHWABE, WILLIAMSON & WYATT, P.C.

By: _____
Bert W. Markovich, OSB #841211
David R. Ebel, WSBA #28853
Claire L. Been, WSBA #42178
Attorneys for Defendants
Zurich American Insurance Company,
National Union Fire Insurance Company
of Pittsburgh, PA, through Chartis
Global Marine, National Casualty
Company, Great American Insurance
Company of New York, and Starr
Indemnity & Liability Company

CERTIFICATE OF SERVICE – 1
Lead Case No. 2:11-cv-01375 - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/111581/182524/DFK/8953000.1