THE HONORABLE RICHARD A. JONES

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALASKA VILLAGE ELECTRIC COOPERATIVE, INC., an Alaska corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, THROUGH CHARTIS GLOBAL MARINE, a Pennsylvania corporation; NATIONAL CASUALTY COMPANY, a Wisconsin corporation; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a New York corporation; and STARR INDEMNITY & LIABILITY COMPANY, a Texas corporation,<br><br>Defendants. | IN ADMIRALTY AND AT LAW<br><br>Lead Case No. 2:11-cv-01375-RAJ<br><br>Member Case No. 2:11-cv-01819-RAJ<br><br>DECLARATION OF LINDA WINDHAM IN SUPPORT OF REPLY ON MOTION FOR SUMMARY JUDGMENT<br><br>**NOTED FOR HEARING:**<br>**February 17, 2012** |

I, Linda Windham, declare as follows from my own first-hand knowledge:

1. I am now and was in the summer of 2010 the Executive Director of International Specialties, Inc ("ISI"), a general agent for Scottsdale Insurance Company and a number of its subsidiaries. One of those subsidiaries is a marine insurer, National Casualty Co, ("National"). As such, I and ISI are authorized to underwrite certain classes of insurance risks for National, including builder's risk coverages. Our authority to do so is per written,

DECLARATION OF LINDA WINDHAM IN SUPPORT
OF REPLY ON MOTION FOR SUMMARY JUDGMENT:
Lead Case No. 2:11-cv-01375 - 1
PDX/111581/182524/DFK/8957081.1

SCHWABE, WILLIAMSON & WYATT, P.C.<br>Attorneys at Law<br>Pacwest Center<br>1211 SW 5th Ave., Suite 1900<br>Portland, OR 97204<br>Telephone 503.222.9981 Fax 503.796.2900

1    specific underwriting guidelines from Scottsdale and National. I have been involved in

2    marine underwriting for over 40 years in the Northwest marine insurance market, and I am

3    intimately familiar with the scopes of coverages afforded by the builder's risk contract at

4    issue in this case.

5         2. In the summer of 2010, I was contacted by Seattle broker FIS Marine and queried

6    about our willingness to participate in a builder's risk arrangement for two new build barges

7    to be constructed by Sneed Shipyards down in Texas. I was told by Chris Bader of FIS

8    Marine that the coverages would need to be issued without Addendum Number 2, and it is a

9    fact that I was reluctant to agree to participate in the risk initially, and declined at first to take

10   a part of the risk.

11        3. On July 19, 2010, Ms. T. J. Collins of FIS Marine e-mailed me (a copy of her

12   e-mail is attached to this declaration as Exhibit 1). In it, she told me that Zurich had agreed

13   to take the lead on a builder's risk contract for the new builds, with 25% of the coverage,

14   without inclusion of Addendum 2, and that two other marine insurers had also agreed to

15   participate. She explained that she had spoken to Mr. David Fowler of Zurich about Mr.

16   Fowler's reasoning for agreeing to write the coverage without Addendum 2. Ms. Collins

17   wrote me that "Addendum # 2 is only a 'clarifying' addendum to the builder's risk clauses."

18   This satisfied any concern I had about the breadth of coverage being sought, and I agreed to

19   participate for National on the risk at Ms. Collins' request.

20        4. I understood us to be providing the standard, accepted scope of builder's risk

21   coverages. I did not agree and was not asked to provide coverage for the costs of repair for

22   defective work by the yard or for "warranty work." Neither Mr. Bader, Ms. Collins, nor

23   Mr. Bauer asked that of us, and I certainly did not agree to do so. Our arrangements with

24   Scottsdale and National would not have permitted me to do so, and I would not have done so

25   in any event. I would not have taken the line we did accept had it not been for Ms. Collins'

26   assurances that the coverages were in line with our underwriting requirements and my

DECLARATION OF LINDA WINDHAM IN SUPPORT
OF REPLY ON MOTION FOR SUMMARY JUDGMENT:
Lead Case No. 2:11-cv-01375 - 2
PDX/111581/182524/DFK/8957081.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave - Suite 1900
Portland, OR 97204
Telephone 503.222.9981 Fax 503.796.2900

1   understanding of the scope of coverage.  On the strength of her explanation, I agreed to

2   commit National to a participation in the policy ultimately issued to Vitus Marine.  I did not

3   intend and did not agree to cover warranty costs.

4           I declare under penalty of perjury under the laws of the State of Washington that the

5   foregoing is true and correct.

6           Dated this _16th_ day of February 2012.

7

8                                                    Linda Windham

9           Linda Windham

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF LINDA WINDHAM IN SUPPORT
OF REPLY ON MOTION FOR SUMMARY JUDGMENT:
Lead Case No. 2:11-cv-01375 - 3
PDX/111581/182524/DFK/8957081.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981  Fax 503.796.2900

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on the 17th day of February, 2012, I caused to be served the

3   foregoing DECLARATION OF LINDA WINDHAM IN SUPPORT OF REPLY ON

4   MOTION FOR SUMMARY JUDGMENT on the following parties via United States District

5   Court – Western District of Washington's Electronic Case Filing System ("ECF") at the

6   following addresses:

7    - **Claire L. Been**
       cbeen@schwabe.com,centraldocket@schwabe.com,dbrooks@schwabe.com
8    - **Evan T Caffrey**
       ecaffrey@hallmaineslugrin.com
9    - **Andrew R Chisholm**
       achisholm@mpba.com,eservice@mpba.com
10   - **Christopher Ogilvie Davis**
       codavis@bakerdonelson.com
11   - **David Ryan Ebel**
       debel@schwabe.com,jhicok@schwabe.com,docket@schwabe.com
12   - **Michael E Gossler**
       mgossler@mpba.com,eservice@mpba.com
13   - **Scarlett B Hunter**
       shunter@schwabe.com,rdavies@schwabe.com,centraldocket@schwabe.com
14   - **Bert W. Markovich**
       bmarkovich@schwabe.com,rsherwood@schwabe.com,centraldocket@schwabe.com
15   - **Jonathan Robert Moore**
       jmoore@mpba.com,eservice@mpba.com
16
17
18                                    SCHWABE, WILLIAMSON & WYATT, P.C.

19

20                          By: _____

21                               Bert W. Markovich, OSB #841211
                                 David R. Ebel, WSBA #28853
22                               Claire L. Been, WSBA #42178
                                 Attorneys for Defendants
23                               Zurich American Insurance Company,
                                 National Union Fire Insurance Company
24                               of Pittsburgh, PA, through Chartis
                                 Global Marine, National Casualty
25                               Company, Great American Insurance
                                 Company of New York, and Starr
26                               Indemnity & Liability Company

CERTIFICATE OF SERVICE - 1
Lead Case No. 2:11-cv-01375

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/111581/182524/DFK/8957081.1