THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALASKA VILLAGE ELECTRIC COOPERATIVE, INC., an Alaska corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, THROUGH CHARTIS GLOBAL MARINE, a Pennsylvania corporation; NATIONAL CASUALTY COMPANY, a Wisconsin corporation; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a New York corporation; and STARR INDEMNITY & LIABILITY COMPANY, a Texas corporation,<br><br>    Defendants. | IN ADMIRALTY AND AT LAW<br><br>Lead Case No. 2:11-cv-01375-RAJ<br><br>*Member Case No. 2:11-cv-01819-RAJ*<br><br>DECLARATION OF PAUL M. BUTLER<br><br>**NOTE ON MOTION CALENDAR:**<br>August 1, 2014 |

I, Paul M. Butler, declare as follows:

1. I am the Regional Claims Manager, Specialty Marine Claims, of AIG Property Casualty. I make this declaration from my own first-hand knowledge and after review of my company's records. AIG has acted for National Union Fire Insurance Company of Pittsburgh, PA, a defendant in this case, from the date this claim was first asserted, back in approximately May of 2011. I have been assigned to the matter the entire time.

DECLARATION OF PAUL M. BUTLER: Lead Case No. 2:11-cv-01375

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

PDX\111581\182524\DFK\14182395.1

2. The firm of Bauer Moynihan & Johnson has acted continuously on behalf of National Union and its assureds the entire time this matter has been pending.

3. I have identified four first-party assignments for coverage matters that I handled with Bauer Moynihan commencing in March 2011 and going through the present. This includes one bad faith/coverage case currently being defended by Bauer Moynihan & Johnson for both National Union and National Casualty, a co-defendant in this case. One other claim was assigned by our home office to Bauer Moynihan during this time period, for evaluation of coverage issues.

4. To the best of my knowledge, Bauer Moynihan has not requested a waiver to act adversely to National Union in the AVEC/Vitus Marine case. It is unlikely that National Union would have consented to such a waiver.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing declaration is true and correct.

Dated this 15th day of July, 2014.

_____
Paul Butler

DECLARATION OF PAUL M. BUTLER: Lead Case No. 2:11-cv-01375

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

PDX\111581\182524\DFK\14182395.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July, 2014, I caused to be served the foregoing DECLARATION OF PAUL M. BUTLER on the following parties via United States District Court – Western District of Washington's Electronic Case Filing System ("ECF") at the following addresses:

- **Claire L. Rootjes**
  crootjes@schwabe.com,mawilliams@schwabe.com,centraldocket@schwabe.com
- **Evan T Caffrey**
  ecaffrey@hallmaineslugrin.com
- **Andrew R Chisholm**
  achisholm@mpba.com,eservice@mpba.com
- **Christopher Ogilvie Davis**
  codavis@bakerdonelson.com
- **David Ryan Ebel**
  debel@schwabe.com,btaylor@schwabe.com,docket@schwabe.com
- **Michael E Gossler**
  mgossler@mpba.com,eservice@mpba.com
- **Daniel F Knox**
  dknox@schwabe.com,emclean@schwabe.com,docket@schwabe.com
- **Bert W. Markovich**
  bmarkovich@schwabe.com,rsherwood@schwabe.com,centraldocket@schwabe.com
- **Jonathan Robert Moore**
  jmoore@mpba.com,eservice@mpba.com

SCHWABE, WILLIAMSON & WYATT, P.C.

By: /s/ Claire L. Rootjes
Bert W. Markovich, OSB #841211
Daniel F. Knox, *Admitted Pro Hac Vice*
David R. Ebel, WSBA #28853
Claire L. Rootjes, WSBA #42178
Attorneys for Defendants
Zurich American Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, through Chartis Global Marine, National Casualty Company, Great American Insurance Company of New York, and Starr Indemnity & Liability Company

CERTIFICATE OF SERVICE - 1
CASE NO. 2:11-CV-01375-RAJ AND CASE NO. 2:11-CV-01819-RAJ

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206.622.1711 Fax 206.292.0460

PDX\111581\182524\DFK\14182395.1