THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALASKA VILLAGE ELECTRIC COOPERATIVE, INC., an Alaska corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, THROUGH CHARTIS GLOBAL MARINE, a Pennsylvania corporation; NATIONAL CASUALTY COMPANY, a Wisconsin corporation; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a New York corporation; and STARR INDEMNITY & LIABILITY COMPANY, a Texas corporation,<br><br>    Defendants. | IN ADMIRALTY AND AT LAW<br><br>Lead Case No. 2:11-cv-01375-RAJ<br><br>*Member Case No. 2:11-cv-01819-RAJ*<br><br>DECLARATION OF SUSAN K. GOHEEN<br><br>**NOTE ON MOTION CALENDAR:** August 1, 2014 |

I, Susan K. Goheen, declare as follows:

1. I make this declaration from my own first-hand knowledge and after review of my firm's records.

2. I am a Senior Claims Analyst with International Specialty, Inc. International Specialty has acted for National Casualty, a defendant in this case, from the date this claim

///

DECLARATION OF SUSAN K. GOHEEN: Lead Case No. 2:11-cv-01375 - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

PDX\111581\182524\DFK\14159094.1

was first asserted, clear back in approximately May of 2011. I have been assigned to the matter the entire time.

3. The firm of Bauer Moynihan & Johnson has acted continuously on behalf of National Casualty and its assureds the entire time.

4. There are two full-time claims personnel here at International Specialty's Seattle offices. I identified at least 18 assignments I handled with Bauer Moynihan commencing in 2010 and going through the present. My colleague, Ed Thiemann, has had a similar experience on defense of our assureds. Additionally, during the same period, Mr. Thiemann has acted as claims handler on at least four first-party defenses and coverage matters assigned to Bauer Moynihan & Johnson on behalf of National Casualty, including one bad faith/coverage case currently being defended by Bauer Moynihan & Johnson for both National Casualty and National Fire, a co-defendant in this case.

5. I am accordingly confident that since this risk was first placed in the summer of 2010, Bauer Moynihan & Johnson has continuously had an attorney-client relationship with National Casualty. To the best of my knowledge, no waiver has been requested to act adversely to National Casualty in the AVEC/Vitus Marine case. National Casualty would be highly unlikely to have consented in any event.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing declaration is true and correct.

Dated this 17th day of July, 2014.

_____
Susan K. Goheen

DECLARATION OF SUSAN K. GOHEEN: Lead Case No. 2:11-cv-01375 - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

PDX\111581\182524\DFK\14159094.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July, 2014, I caused to be served the foregoing DECLARATION OF SUSAN K. GOHEEN on the following parties via United States District Court – Western District of Washington's Electronic Case Filing System ("ECF") at the following addresses:

- **Claire L. Rootjes**
  crootjes@schwabe.com,mawilliams@schwabe.com,centraldocket@schwabe.com
- **Evan T Caffrey**
  ecaffrey@hallmaineslugrin.com
- **Andrew R Chisholm**
  achisholm@mpba.com,eservice@mpba.com
- **Christopher Ogilvie Davis**
  codavis@bakerdonelson.com
- **David Ryan Ebel**
  debel@schwabe.com,btaylor@schwabe.com,docket@schwabe.com
- **Michael E Gossler**
  mgossler@mpba.com,eservice@mpba.com
- **Daniel F Knox**
  dknox@schwabe.com,emclean@schwabe.com,docket@schwabe.com
- **Bert W. Markovich**
  bmarkovich@schwabe.com,rsherwood@schwabe.com,centraldocket@schwabe.com
- **Jonathan Robert Moore**
  jmoore@mpba.com,eservice@mpba.com

SCHWABE, WILLIAMSON & WYATT, P.C.

By: /s/ Claire L. Rootjes
Bert W. Markovich, OSB #841211
Daniel F. Knox, *Admitted Pro Hac Vice*
David R. Ebel, WSBA #28853
Claire L. Rootjes, WSBA #42178
Attorneys for Defendants
Zurich American Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, through Chartis Global Marine, National Casualty Company, Great American Insurance Company of New York, and Starr Indemnity & Liability Company

CERTIFICATE OF SERVICE - 1
CASE NO. 2:11-CV-01375-RAJ AND CASE NO. 2:11-CV-01819-RAJ

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206.622.1711  Fax 206.292.0460

PDX\111581\182524\DFK\14159094.1