THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALASKA VILLAGE ELECTRIC COOPERATIVE, INC., an Alaska corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, THROUGH CHARTIS GLOBAL MARINE, a Pennsylvania corporation; NATIONAL CASUALTY COMPANY, a Wisconsin corporation; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a New York corporation; and STARR INDEMNITY & LIABILITY COMPANY, a Texas corporation,<br><br>        Defendants. | IN ADMIRALTY AND AT LAW<br><br>Lead Case No. 2:11-cv-01375-RAJ<br><br>*Member Case No. 2:11-cv-01819-RAJ*<br><br>DECLARATION OF JOHN ORDON<br><br>**NOTE ON MOTION CALENDAR:**<br>August 1, 2014 |

I, John Ordon, declare as follows:

1. I am an Assistant Vice President and Regional Claims Manager for Starr Adjustment Services, Inc. Starr Adjustment Services is a Starr Insurance affiliate, which manages claims asserted against Starr's coverages.

2. The AVEC/Vitus Marine claim has been assigned to me since the claim was first raised in May or June of 2012.

DECLARATION OF JOHN ORDON: Lead Case
No. 2:11-cv-01375 - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

PDX\111581\182524\DFK\14160707.1

3. I was requested to ascertain whether the firm of Bauer Moynihan & Johnson represents Starr. From my personal review of the claims files maintained here in our San Francisco offices, I have determined that Bauer Moynihan & Johnson is acting as coverage counsel for Starr Indemnity & Liability on a case involving our insured, the Port of Bellingham. There is a dispute concerning whether the Port of Bellingham was obliged to provide insurance coverages to the State of Alaska. Mr. Jim Bauer is personally functioning as coverage counsel to Starr Indemnity on the matter. We have retained another firm of lawyers as defense counsel.

4. There are multiple other Starr claims offices around the country. I do not know whether any of those may be working with Mr. Bauer's firm as Starr's counsel.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing declaration is true and correct.

Dated this 10th day of July, 2014.

John Ordon

DECLARATION OF JOHN ORDON: Lead Case
No. 2:11-cv-01375 - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

PDX\111581\182524\DFK\14160707.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of July, 2014, I caused to be served the foregoing DECLARATION OF JOHN ORDON on the following parties via United States District Court – Western District of Washington's Electronic Case Filing System ("ECF") at the following addresses:

- **Claire L. Rootjes**
  crootjes@schwabe.com,mawilliams@schwabe.com,centraldocket@schwabe.com
- **Evan T Caffrey**
  ecaffrey@hallmaineslugrin.com
- **Andrew R Chisholm**
  achisholm@mpba.com,eservice@mpba.com
- **Christopher Ogilvie Davis**
  codavis@bakerdonelson.com
- **David Ryan Ebel**
  debel@schwabe.com,btaylor@schwabe.com,docket@schwabe.com
- **Michael E Gossler**
  mgossler@mpba.com,eservice@mpba.com
- **Daniel F Knox**
  dknox@schwabe.com,emclean@schwabe.com,docket@schwabe.com
- **Bert W. Markovich**
  bmarkovich@schwabe.com,rsherwood@schwabe.com,centraldocket@schwabe.com
- **Jonathan Robert Moore**
  jmoore@mpba.com,eservice@mpba.com

SCHWABE, WILLIAMSON & WYATT, P.C.

By: /s/ Claire L. Rootjes
Bert W. Markovich, OSB #841211
Daniel F. Knox, *Admitted Pro Hac Vice*
David R. Ebel, WSBA #28853
Claire L. Rootjes, WSBA #42178
Attorneys for Defendants
Zurich American Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, through Chartis Global Marine, National Casualty Company, Great American Insurance Company of New York, and Starr Indemnity & Liability Company

CERTIFICATE OF SERVICE - 1
CASE NO. 2:11-CV-01375-RAJ AND CASE NO. 2:11-CV-01819-RAJ

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206.622.1711  Fax 206.292.0460

PDX\111581\182524\DFK\14160707.1