THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALASKA VILLAGE ELECTRIC COOPERATIVE, INC., an Alaska corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, THROUGH CHARTIS GLOBAL MARINE, a Pennsylvania corporation; NATIONAL CASUALTY COMPANY, a Wisconsin corporation; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a New York corporation; and STARR INDEMNITY & LIABILITY COMPANY, a Texas corporation,<br><br>    Defendants. | IN ADMIRALTY AND AT LAW<br><br>Lead Case No. 2:11-cv-01375-RAJ<br><br>*Member Case No. 2:11-cv-01819-RAJ*<br><br>DECLARATION OF PETER WISWELL<br><br>**NOTE ON MOTION CALENDAR:**<br>August 1, 2014 |

I, Peter Wiswell, declare as follows:

1. I make this declaration of and from my own first-hand knowledge and based upon a review of records assembled at my direction at Zurich North America.

2. I am the ocean marine claims manager for Zurich American Insurance Company. I have been following this case with our outside counsel since it was first asserted in the summer of 2011.

DECLARATION OF PETER WISWELL: Lead Case No. 2:11-cv-01375 - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

PDX\111581\182524\DFK\14159315.1

3. Based on my review of the records, Zurich has retained Bauer Moynihan & Johnson to act as defense counsel on four separate third-party liability matters between 2008 and 2013, and over that period, Zurich has paid Bauer Moynihan & Johnson just over $66,000 in fees for these retentions.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing declaration is true and correct.

Dated this 17 day of July, 2014.

_____
Peter Wiswell

DECLARATION OF PETER WISWELL: Lead Case
No. 2:11-cv-01375 - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

PDX\111581\182524\DFK\14159315.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July, 2014, I caused to be served the foregoing DECLARATION OF PETER WISWELL on the following parties via United States District Court – Western District of Washington's Electronic Case Filing System ("ECF") at the following addresses:

- **Claire L. Rootjes**
  crootjes@schwabe.com,mawilliams@schwabe.com,centraldocket@schwabe.com
- **Evan T Caffrey**
  ecaffrey@hallmaineslugrin.com
- **Andrew R Chisholm**
  achisholm@mpba.com,eservice@mpba.com
- **Christopher Ogilvie Davis**
  codavis@bakerdonelson.com
- **David Ryan Ebel**
  debel@schwabe.com,btaylor@schwabe.com,docket@schwabe.com
- **Michael E Gossler**
  mgossler@mpba.com,eservice@mpba.com
- **Daniel F Knox**
  dknox@schwabe.com,emclean@schwabe.com,docket@schwabe.com
- **Bert W. Markovich**
  bmarkovich@schwabe.com,rsherwood@schwabe.com,centraldocket@schwabe.com
- **Jonathan Robert Moore**
  jmoore@mpba.com,eservice@mpba.com

SCHWABE, WILLIAMSON & WYATT, P.C.

By: /s/ Claire L. Rootjes
Bert W. Markovich, OSB #841211
Daniel F. Knox, *Admitted Pro Hac Vice*
David R. Ebel, WSBA #28853
Claire L. Rootjes, WSBA #42178
Attorneys for Defendants
Zurich American Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, through Chartis Global Marine, National Casualty Company, Great American Insurance Company of New York, and Starr Indemnity & Liability Company

CERTIFICATE OF SERVICE - 1
CASE NO. 2:11-CV-01375-RAJ AND CASE NO. 2:11-CV-01819-RAJ

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206.622.1711 Fax 206.292.0460

PDX\111581\182524\DFK\14159315.1